(April 27, 1971)

AMADEUS, INC., Appellant-Respondent, v. STATE OF NEW YORK, Respondent-Appellant. (Claim No. 43997.)

Herlihy, P. J., Reynolds, Staley, Jr., Sweeney and Simons, JJ., concur. [55 Misc 2d 27.]